THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADISON MATTHEW,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC,<br><br>Defendants. | Case No. 3:23-cv-06192-BHS<br><br>**STIPULATED MOTON AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>March 6, 2024 |

Plaintiff Madison Matthew and Defendant Discover Bank hereby STIPULATE AND AGREE to extend the deadline for Defendant to answer or otherwise respond to the Complaint to April 8, 2024.

This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

//

//

STIPULATED MOTON AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 3:23-cv-06192-BHS) – PAGE 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

*IT IS SO STIPULATED.*

Dated this 6th day of March, 2024.

**SANDERS LAW GROUP**

By: *s/ Craig Sanders*
Craig B Sanders, WSBA No. 46986
333 Earle Ovington Blvd, Ste 402
Uniondale, NY 11553
Phone: 516-203-7600
Fax: 516-282-7878
Email: csanders@sanderslaw.group

*Attorney for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Per Jansen*
Per Jansen, WSBA No. 49966
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: per.jansen@morganlewis.com

*Attorney for Defendant Discover Bank*

STIPULATED MOTON AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 3:23-cv-06192-BHS) – PAGE 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

**ORDER**

IT IS SO ORDERED.

DATED this 7th day of March, 2024.

BENJAMIN H. SETTLE
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Per Jansen*
Per Jansen, WSBA No. 49966
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: per.jansen@morganlewis.com

*Attorney for Defendant Discover Bank*

**SANDERS LAW GROUP**

By: *s/ Craig Sanders*
Craig B Sanders
333 Earle Ovington Blvd, Ste 402
Uniondale, NY 11553
Phone: 516-203-7600
Fax: 516-282-7878
Email: csanders@sanderslaw.group

*Attorney for Plaintiff*

STIPULATED MOTON AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 3:23-cv-06192-BHS) – PAGE 3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401